**Order entered March 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00893-CV

**TEXAS MUTUAL INSURANCE COMPANY & GLORIA WILLIAMS, Appellants**

**V.**

**JEFF PALMER, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-07-08017-D**

## ORDER

The Court has before it appellee's March 13, 2013 fourth unopposed motion to extend time to file appellee's brief. The Court **GRANTS** the motion and **ORDERS** the brief tendered by appellee on March 13, 2013 timely filed as of today's date.

/s/      ELIZABETH LANG-MIERS
          JUSTICE